CLARENCE O. JOHNSON et al., Appellants, *v.* YOLANDE COLTER et al., Respondents.

Submitted November 20, 1939; decided November 28, 1939.

*Elmer Weil* and *J. Edmund Kelly* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellants serve and file undertaking on appeal and pay ten dollars costs within ten days, in which event the motion is denied.